UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **H & R BLOCK EASTERN ENTERPRISES, INC.,** | ) | |
| | ) | |
| | ) | **Case No.** 08-cv-01071 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| **MARTHA REYES,** | ) | **PLAINTIFF'S RULE 7.1 STATEMENT** |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 (formerly Local General Rule 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff H&R Block Eastern Enterprises, Inc., a private non-governmental party), certifies that the following are the corporate parents, affiliates and/or subsidiaries of said party, which are publicly held: H&R Block, Inc.

Respectfully submitted,

Dated: Feb. 1, 2008

Steven Gerber
David H. Ganz
Adorno & Yoss LLP
1040 Avenue of the Americas
Suite 1101
New York, New York 10018
(973) 256-9000 Telephone
(973) 256-9001 Facsimile

David M. Kight
Chad Beaver
Spencer Fane Britt & Browne LLP
1000 Walnut – Suite 1400
Kansas City, Missouri 64106
(816) 292-8303 Telephone
(816) 474-3216 Facsimile
dkight@spencerfane.com

Attorneys for Plaintiff H&R Block Eastern Enterprises, Inc.